UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00353-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BERTA ALICIA GARCIA,
    a/k/a Berta Alicia Iturbe,
    a/k/a Berta Alicia Iturbe-Hermosillo,
    a/k/a Berta Alicia Iturbe Hermosillo,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, September 21, 2007,** and responses to these motions shall be filed by **Monday, October 1 , 2007.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will be set at a later date. It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, November 5, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: September 7, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge