UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00353-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BERTA ALICIA GARCIA,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion for Alternative Proof of Employment to Comply with Probation Department Request (filed March 12, 2008). Defendant requests that she be allowed to prove her employment through a pay stub rather than the normal method of proof whereby the Probation Department calls the employer to verify employment. She asserts that she is worried that her employment will be terminated if her employer learns from the Probation Department that she was convicted of a felony. After conferring with the Probation Department, the government filed a response opposing defendant's motion.

I deny defendant's motion. As the government notes, the Probation Department's policy requires the probation officer to personally verify a convicted defendant's employment by contacting the defendant's employer. When speaking with the employer, the probation officer provides only that information which is public record

and accessible to the employer by other means. The probation department implemented this policy only after approval of the district court judges.

I find that the employment issue being raised now is a regular concern of defendants and one of the standard requirements associated with the privilege of probation. I agree with the government that defendant has not shown any extraordinary circumstances justifying her exemption from this requirement. If a defendant's stated fear of being fired is sufficient to circumvent the Court-approved procedure for verification of employment, then defendants could regularly be exempted from this requirement. This would leave probation officers with only perfunctory means of confirming adherence to the employment requirements of probation.

Accordingly, it is

ORDERED that Defendant's Motion for Alternative Proof of Employment to Comply with Probation Department Request (filed March 12, 2008) is **DENIED**.

Dated: March 21, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge